LENA H. OGILBY et al., Appellants, *v.* CHANDLER H HICKOK, Respondent.

*Ogilby* v. *Hickok*, 144 App. Div. 61,899 affirmed.
(Argued May 31, 1911; decided June 16, 1911.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 27, 1911, which reversed an interlocutory judgment of Special Term sustaining a demurrer to the answer in an action of partition.

The following question was certified: "Is the further and separate defense demurred to contained in the answer to the amended complaint herein sufficient in law upon the face thereof?"

*Arthur O. Townsend* and *Hamilton Rogers* for appellants.

*Ralph P. Buell* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ